# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

                                         Friday, April 13, 2018

**MINUTES OF PROCEEDINGS IN**   Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*                                    Reporter: Janet Collins, OCR

| Set: 9:30 a.m. | Started: 9:20 a.m. | Ended: 5:15 p.m. |
|---|---|---|

| |
|---|
| Case No.  4:17cr45 |
| **United States of America** |
| v. |
| **Joseph James Cain Benson, Mark Xavier Wallace,** <br> **Brian Lamar Brown, and Rosuan Romeo Kindell** |
| |
| AUSA's Lisa McKeel and Howard Zlotnick appeared on behalf of the Govt. |
| Attorney Lawrence Woodward, c/a appeared with defendant Joseph James Cain Benson, in custody. |
| Attorney Andrew Sacks, Ret. appeared with defendant Mark Xavier Wallace, in custody. |
| Attorney Trey Kelleter, c/a appeared with defendant Bryan Lamar Brown, in custody. |
| Attorney Jamison Rasberry, c/a appeared with defendant Rosuan Romeo Kindell, in custody. |
| |
| Matter came on for trial by jury (Day #4). |
| Petit jurors (12 & 2 alternate) appeared pursuant to adjournment last evening, 4/12/18. |
| |
| Government continued presentation of evidence – witnesses sworn and testified. |
| |
| (Lunch Recess: 1:00 p.m. – 2:30 p.m.)                          (continued on page 2) |

| Case No. 4:17cr45 USA v. Benson, et. al. | Continuation... – Page 2 – |
|---|---|
| Exhibits admitted. | |
| Objections heard and rulings made on the record. | |
| | |
| | |
| Court adjourned to return on Monday, April 16, 2018 at 9:30 a.m. | |
| Defendants remanded. | |