# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Monday, April 16, 2018

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*  Reporter: Janet Collins, OCR

| Set: 9:30 a.m. | Started: 9:30 a.m.<br>1:30 p.m. | Ended: 5:25 p.m.<br>2:00 p.m. |
|---|---|---|

| |
|---|
| Case No.  4:17cr45 |
| **United States of America** |
| v. |
| **Joseph James Cain Benson, Mark Xavier Wallace,**<br>**Brian Lamar Brown, and Rosuan Romeo Kindell** |
| |
| AUSA's Lisa McKeel and Howard Zlotnick appeared on behalf of the Govt. |
| Attorney Lawrence Woodward, c/a appeared with defendant Joseph James Cain Benson, in custody. |
| Attorney Andrew Sacks, Ret. appeared with defendant Mark Xavier Wallace, in custody. |
| Attorney Trey Kelleter, c/a appeared with defendant Bryan Lamar Brown, in custody. |
| Attorney Jamison Rasberry, c/a appeared with defendant Rosuan Romeo Kindell, in custody. |
| |
| Matter came on for trial by jury (Day #5). |
| Petit jurors (12 & 2 alternate) appeared pursuant to adjournment last Friday, 4/13/18. |
| |
| Out of the presence of the jury, defendant Benson sworn and Court conducted a Frye Inquiry re: a new plea offer. |
| |
| (Lunch Recess: 12:25 p.m. – 2:50 p.m.)                              (continued on page 2) |

| Case No. 4:17cr45 USA v. Benson, et. al. | Continuation... - Page 2 - |
|---|---|

| |
|---|
| Out of the presence of the jury, defendant's objected to testimony of certain witnesses – Court reiterated prior rulings on the record. Court DENIED defendant Kindell's motion for a mistrial. |
| |
| Govt continued presentation of evidence – witnesses sworn and testified. |
| Exhibits admitted. |
| Objections heard and rulings made on the record. |
| Stipulations read into the record. |
| Government rest. |
| |
| Out of the presence of the jury, Court DENIES defendant Brown's motion for a mistrial. |
| Out of the presence of the jury, Defendants Benson, Wallace, Brown and Kindell Motion for Judgment of Acquittal Pursuant to Rule 29 – Argued – Court DENIES Motions for reasons stated on the record. |
| Out of the presence of the jury, Court advises defendants of their rights re: testifying – defendants will not testify. |
| |
| Defendant Benson rest. |
| Defendant Wallace rest. |
| Defendant Brown presented evidence. Exhibit admitted. Defendant Brown rest. |
| Deft Kindell rest. |
| |
| Out of the presence of the jury, Court DENIED defendant's Renewed Judgment of Acquittal Pursuant to Rule 29 for reasons previously stated on the record. |
| Out of the presence of the jury, Court and counsel conducted charge conference (1:30 – 2:00). Objections to the charge stated on the record. |
| Out of the presence of the jury, Court conducted FRYE inquiry of defendant Benson re: new plea offer. |
| |
| (continued on page 3) |

| Case No. 4:17cr45 USA v. Benson, et. al. | Continuation... – Page 3 – |
|---|---|
| Closing arguments begun. | |
| Out of the presence of the jury, defendant Brown motion for mistrial – Argued – Court DENIED the motion. | |
| Jurors excused and Court adjourned to return on Tuesday, April 17, 2018 at 10:00 a.m. | |
| Defendants remanded. | |