## UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
**Norfolk/Newport News Division**

United States of America

PLAINTIFF

    V.

Joseph James Cain Benson, et. al.

DEFENDANTS

**Case Number: 4:17cr45**

| PRESIDING JUDGE<br>Raymond A. Jackson | COURTROOM DEPUTY<br>P. Thompson | COURT REPORTER<br>Janet Collins, OCR |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>4/10/17 - 4/17/18 | GOVERNMENT ATTORNEY(S)<br>Howard Zlotnick and Lisa McKeel | DEFENDANT ATTORNEY(S)<br>L. Woodward, A. Sacks, T. Kelleter, J.Rasberry |

| GVT | DFT | DATE APPEARED | WITNESSES |
|---|---|---|---|
| X | | 4/11/18 | Susanne Mendola (permanently excused) |
| X | | " " | Martin Scott (permanently excused) |
| X | | " " | Sidney Lucas, NNFD |
| X | | " " | J.W. (juvenile) |
| X | | " " | Tequilla Walker (subject to recall) |
| X | | 4/11/18 | LeKeisha Wynne (permanently excused) |
| X | | " " | Stacey Smithley (permanently excused) |
| X | | 4/12/18 | Dr. Elizabeth Kinnison, Expert (permanently excused) |
| X | | " " | Javier Espinoza (permanently excused) |
| X | | " " | Steven Smithley, NNPD (permanently excused) |
| X | | " " | Gloria D. Hill, Expert (permanently excused) |
| X | | " " | Charles Lennon (permanently excused) |
| X | | 4/12/18 | Det. James Valenti, NNPD (permanently excused) |
| | | | (continued on page 2) |

| | | 4:17cr45 | USA v. Joseph James Cain Benson, et. al. |
|---|---|---|---|
| | | | - Page 2 - |
| GVT | DFT | Date Appeared | WITNESSES |
| X | | 4/12/18 | Purcell Piggot (permanently excused) |
| X | | 4/12/18 - 4/13/18 | Paul Swartz, Expert (permanently excused) |
| X | | 4/13/18 | Penny Weaver-Sanchiz (permanently excused) |
| X | | "      " | Erik Kempf, NNPD (permanently excused) |
| X | | "      " | Liza Ludovico, FBI |
| X | | 4/13/18 | Brandon Douglas |
| X | | 4/16/18 | Patricia Preyer, NN Sheriff Dept (permanently excused) |
| X | | "      " | Wayne Turner (permanently excused) |
| X | | "      " | Brenda Rivera (permanently excused) |
| X | | "      " | Willie Berry (permanently excused) |
| X | | 4/16/18 | Jean Anderson |