UNITED STATES OF AMERICA

    v.                      CRIMINAL NO. 4:17cr45

JOSEPH BENSON,
MARK WALLACE,
BRYAN BROWN,
and
ROSUAN KINDELL

## GOVERNMENT EXHIBIT LIST

| Exhibit No. | Description | Stip No. | Admitted |
|---|---|---|---|
| 1 | Photograph – Front of house | | Witness: S. Mendola<br>Date: 4-11-18<br>Admitted: yes |
| 2 | Photograph – Side of house | | Witness: S. Mendola<br>Date: 4-11-18<br>Admitted: yes |
| 3 | Photograph – Back of house | | Witness: S. Mendola<br>Date: 4-11-18<br>Admitted: yes |
| 4 | Photograph – Front door of house | | Witness: M. Scott<br>Date: 4-11-18<br>Admitted: yes |
| 5 | Photograph – Inside of entrance to house | | Witness: M. Scott<br>Date: 4-11-18<br>Admitted: yes |
| 6 | Photograph – Front living room | | Witness: M. Scott<br>Date: 4-11-18<br>Admitted: yes |
| 7 | Photograph – Kitchen area | | Witness: M. Scott<br>Date: 4-11-18<br>Admitted: yes |
| 8 | Photograph – Back living room | | Witness: M. Scott<br>Date: 4-11-18<br>Admitted: yes |
| 9 | Photograph – Floor near back door | | Witness: M. Scott<br>Date: 4-11-18<br>Admitted: yes |
| 10 | Photograph – Victim on back patio | | Witness: M. Scott<br>Date: 4-11-18<br>Admitted: yes |
| 11 | Photograph – Victim on back patio | | Witness: M. Scott<br>Date: 4-11-18<br>Admitted: yes |

| **Exhibit No.** | **Description** | **Stip No.** | **Admitted** |
|---|---|---|---|
| **12** | Photograph – Victim | | Witness:<br>Date:<br>Admitted: |
| **13** | Photograph – Up close of victim's face | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| **14** | Photograph – Victim | | Witness: T. Walker<br>Date: 4-11-18<br>Admitted: yes |
| **15** | Photograph – Spiderman Backpack | | Witness: T. Walker<br>Date: 4-11-18<br>Admitted: yes |
| **16** | Photograph – Plastic chair | | Witness: T. Walker<br>Date: 4-11-18<br>Admitted: yes |
| **17** | NNPD Interview – J.W. (audio) | | Witness:<br>Date:<br>Admitted: |
| **17A** | NNPD Interview – J.W. (Transcript) | | Witness:<br>Date:<br>Admitted: |
| **17B** | CHKD Interview – J.W. (audio/video) | | Witness:<br>Date:<br>Admitted: |
| **17C** | CHKD Interview – J.W. (Transcript) | | Witness:<br>Date:<br>Admitted: |
| **18** | Photograph – Front door | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| **19** | Photograph – Broken door frame | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| **20** | *Physical Evidence* – Piece of door frame | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| **21** | *Physical Evidence* – Piece of door frame | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| **22** | Photograph – Piece of door lock | | Witness:<br>Date:<br>Admitted: |
| **23** | Photograph –blood stain in front living room | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| **24** | Photograph – up close view of blood stain in front living room | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |

| **Exhibit No.** | **Description** | **Stip No.** | **Admitted** |
|---|---|---|---|
| 25 | Photograph – Plastic chair in living room | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 26 | Photograph – Blood and hair of victim | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 27 | Photograph – Plastic chair | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 28 | *Physical Evidence* – Plastic chair | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 29 | *Physical Evidence* – Piece of plastic chair | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 30 | Photograph – Blood on chair | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 31 | *Physical Evidence* – Swab from blood on plastic chair | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 32 | Photograph – Floor in living room into hallway | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 33 | Photograph – Floor with blood | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 34 | Photograph – Kitchen | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 35 | Photograph – Side of refrigerator | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 36 | Photograph – Floor entering kitchen | | Witness:<br>Date:<br>Admitted: |
| 37 | Photograph – Floor back living room | | Witness:<br>Date:<br>Admitted: |
| 38 | Photograph – Floor back living room | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 39 | Photograph – Blood on floor in back living room | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 40 | Photograph – Back living room | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |

| Exhibit No. | Description | Stip No. | Admitted |
|---|---|---|---|
| 41 | Photograph – Floor back living room | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 42 | Photograph – Blood on couch cushion | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 43 | Photograph – Blood on couch | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 44 | Photograph – Floor in back living room near back door | | Witness:<br>Date:<br>Admitted: |
| 45 | Photograph – Possible shoe print | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 46 | Photograph – Floor with blood stains | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 47 | Photograph – Floor with blood stain | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 48 | Photograph – Blood stain | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 49 | Photograph – Backdoor | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 50 | Photograph – Back screen door | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 51 | Photograph – Back living room | | Witness:<br>Date:<br>Admitted: |
| 52 | *Physical Evidence –*<br>.40 S&W CBC cartridge case | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 53 | *Physical Evidence –*<br>.40 S&W cartridge case | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 54 | *Physical Evidence –*<br>.40 S&W cartridge case | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 55 | *Physical Evidence –*<br>Copper jacketed bullet | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 56 | *Physical Evidence –*<br>.40 S&W cartridge case | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |

| **Exhibit No.** | **Description** | **Stip No.** | **Admitted** |
| --- | --- | --- | --- |
| 57 | *Physical Evidence* – .40 S&W CBC cartridge case | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 58 | Photograph – Kitchen counter | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 59 | Photograph – .40 S&W CBC cartridge case | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 60 | Photograph – .40 S&W cartridge case | | Witness:<br>Date:<br>Admitted: |
| 61 | Photograph – .40 S&W cartridge case | | Witness:<br>Date:<br>Admitted: |
| 62 | Photograph – Copper jacketed bullet | | Witness:<br>Date:<br>Admitted: |
| 63 | Photograph – .40 S&W cartridge case | | Witness:<br>Date:<br>Admitted: |
| 64 | Photograph – .40 S&W CBC cartridge case | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 65 | Photograph – Victim's bedroom showing TV | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 66 | Photograph – Victim's bedroom (no TV) | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 67 | *Physical Evidence* – $1,640.00 United States currency | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 68 | Photograph – Hallway; backpack hanging on door | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 69 | Photograph – Marijuana from backpack | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 70 | *Physical Evidence* – Marijuana | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 71 | DEA Chemical Analysis Report 09/13/17 – Marijuana | | Witness:<br>Date:<br>Admitted: |
| 72 | Photograph – Victim's body | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |

| **Exhibit No.** | **Description** | **Stip No.** | **Admitted** |
|---|---|---|---|
| 73 | Photograph – Victim – left thigh wound | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 74 | Photograph – Victim – back wound | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 75 | Photograph – Victim - head wound | | Witness:<br>Date:<br>Admitted: |
| 76A | Crime Scene Diagram | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 76B | Crime Scene Diagram | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 77 | Photograph – Victim shorts | | Witness:<br>Date:<br>Admitted: |
| 78 | Photograph – Victim underwear | | Witness:<br>Date:<br>Admitted: |
| 79 | Photograph – Up close victim underwear | | Witness:<br>Date:<br>Admitted: |
| 80 | *Physical Evidence* – Bullet | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 81 | *Physical Evidence* – Bullet | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 82 | *Physical Evidence* – Benson cellular telephone | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 83 | Photograph – Benson cellular telephone | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 84 | *Physical Evidence* - Benson buccal swab | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 85 | *Physical Evidence* – Victim blood card | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 86 | Autopsy Report | | Witness: Dr. Kinnison<br>Date: 4-12-18<br>Admitted: yes |
| 86A – 86L | Autopsy Photographs | | Witness: Dr. Kinnison<br>Date: 4-12-18<br>Admitted: yes |

| Exhibit No. | Description | Stip No. | Admitted |
|---|---|---|---|
| 87A | Certificate of Analysis – July 21, 2009 | | Witness: G. Hill<br>Date: 4-12-18<br>Admitted: yes |
| 87B | Certificate of Analysis – November 4, 2009 | | Witness: G. Hill<br>Date: 4-12-18<br>Admitted: yes |
| 87C | Certificate of Analysis – November 9, 2010 | | Witness: G. Hill<br>Date: 4-12-18<br>Admitted: yes |
| 88 | Screenshots – Benson cellular telephone - "Bro" in contact list | | Witness:<br>Date:<br>Admitted: |
| 89 | Screenshots – Benson cellular telephone - "Bro" work number (617) 602-6862 | | Witness:<br>Date:<br>Admitted: |
| 90 | Screenshots – Benson cellular telephone - "Bro" mobile number (617) 980-3063 | | Witness: Sgt. Smithley<br>Date: 4-12-18<br>Admitted: yes |
| 90A | Screenshots – Benson cellular telephone- "Bro" mobile number (617) 980-3919 | | Witness: Sgt. Smithley<br>Date: 4-12-18<br>Admitted: yes |
| 91 | Screenshots – Benson cellular telephone - "M E Z" in contact list | | Witness: Sgt. Smithley<br>Date: 4-12-18<br>Admitted: yes |
| 92 | Screenshots – Benson cellular telephone - "M E Z" work number (757) 696-0708 | | Witness: Sgt. Smithley<br>Date: 4-12-18<br>Admitted: yes |
| 93 | Certificate of Analysis – April 23, 2009 Bullets/casings | | Witness:<br>Date:<br>Admitted: |
| 94 | *Physical Evidence* – S & W .40 Caliber C2, Serial No.: PN7124 | | Witness: J. Valenti<br>Date: 4-12-18<br>Admitted: yes |
| 94A | *Physical Evidence* -<br>Test Fires – S&W .40 Caliber C2 | | Witness: J. Valenti<br>Date: 4-12-18<br>Admitted: yes |
| 95 | *Physical Evidence* – S & W Ruger P94 Serial No.: 341-21524 | | Witness: J. Valenti<br>Date: 4-12-18<br>Admitted: yes |
| 95A | *Physical Evidence* -<br>Test Fires – S&W Ruger P94 | | Witness: J. Valenti<br>Date: 4-12-18<br>Admitted: yes |
| 96 | Wiretap Telephone Call – Audio Call No. 513 | 9 | Witness: C. Lennon<br>Date: 4-12-18<br>Admitted: yes |
| 96A | Transcript Telephone Call No. 513 | 9 | Witness: C. Lennon<br>Date: 4-12-18<br>Admitted: yes |
| 97 | Wiretap Telephone Call – Audio Call No. 515 | 9 | Witness: C. Lennon<br>Date: 4-12-18<br>Admitted: yes |

| Exhibit No. | Description | Stip No. | Admitted |
|---|---|---|---|
| 97A | Transcript Telephone Call No. 515 | 9 | Witness: C. Lennon<br>Date: 4-12-18<br>Admitted: yes |
| 98 | T-III Wiretap Telephone Call – Audio Call No. 516 | 9 | Witness: C. Lennon<br>Date: 4-12-18<br>Admitted: yes |
| 98A | Transcript Telephone Call No. 516 | 9 | Witness: C. Lennon<br>Date: 4-12-18<br>Admitted: yes |
| 99A | NYPD Lab Report dated January 22, 2013 | | Witness: J. Valenti<br>Date: 4-12-18<br>Admitted: yes |
| 99B | NYPD Lab, Firearms Analysis Section Microscopy Worksheet | | Witness: J. Valenti<br>Date: 4-12-18<br>Admitted: yes |
| 100 | INTENTIONALLY LEFT BLANK | | |
| 101 | Willie Berry Proffer Letter | | Witness: W. Berry<br>Date: 4-16-18<br>Admitted: yes |
| 102 | Greyhound Bus Records | 10 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 103 | Greyhound Bus Records | 10 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 104 | Greyhound Bus Records | 10 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 105 | Greyhound Bus Records | 10 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 106 | Greyhound Bus Records | 10 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 107 | Greyhound Bus Records | 10 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 108 | Greyhound Bus Records | 10 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 109 | Angel Alliers Plea Agreement | | Witness:<br>Date:<br>Admitted: |
| 110 | Brandon Douglas Plea Agreement | | Witness: B. Douglas<br>Date: 4-13-18<br>Admitted: yes |
| 111 | Dewayne Douglas Plea Agreement | | Witness:<br>Date:<br>Admitted: |
| 112 | Wayne Turner Plea Agreement | | Witness: W. Turner<br>Date: 4-16-18<br>Admitted: yes |

| **Exhibit No.** | **Description** | **Stip No.** | **Admitted** |
|---|---|---|---|
| **113** | Willie Berry Plea Agreement | | Witness: W. Berry<br>Date: 4-16-18<br>Admitted: yes |
| **114** | Audio Phone Call – B. Rivera | | Witness: B. Rivera<br>Date: 4-16-18<br>Admitted: yes |
| **114A** | Transcript – Phone Call B. Rivera | | Witness: B. Rivera<br>Date: 4-16-18<br>Admitted: yes |
| **114B** | Audio – Excerpt of B. Rivera Phone Call | | Witness: B. Rivera<br>Date: 4-16-18<br>Admitted: yes |
| **114C** | Transcript – Excerpt of B. Rivera Phone Call | | Witness:<br>Date:<br>Admitted: |
| **115** | Photograph – Corey Odle | | Witness: C. Lennon<br>Date: 4-12-18<br>Admitted: yes |
| **116** | Photograph – Joseph Benson | | Witness: B. Rivera<br>Date: 4-16-18<br>Admitted: yes |
| **116A** | Photograph – Joseph Benson | | Witness: W. Turner<br>Date: 4-16-18<br>Admitted: yes |
| **117** | Photograph – Bryan Brown | | Witness: C. Lennon<br>Date: 4-12-18<br>Admitted: yes |
| **118** | Photograph – Mark Wallace | | Witness:<br>Date:<br>Admitted: |
| **119** | Photograph – Rosuan Kindell | | Witness:<br>Date:<br>Admitted: |
| **120** | Photograph – Kenny Jones | | Witness:<br>Date:<br>Admitted: |
| **121** | Photograph – Blue Chevy Tahoe | | Witness: B. Douglas<br>Date: 4-13-18<br>Admitted: yes |
| **122** | Photographs – Jahnel Bocus Apartment | | Witness:<br>Date:<br>Admitted: |
| **123** | Jahnel Bocus Lease Agreement | 12 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **124** | Sprint Corporation Telephone Subscriber Record for (757) 320-9603, in the name of Louis Joseph | 13 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |

| **Exhibit No.** | **Description** | **Stip No.** | **Admitted** |
|---|---|---|---|
| | | | |
| **124A** | Sprint Corporation Telephone Call Detail Records for (757) 320-9603, in the name of Louis Joseph, from 03/01/2009 to 03/30/2009 | 13 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **125** | T-Mobile USA Telephone Subscriber Record for (617) 372-2524, in the name of Joseph Benson | 14 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **125A** | T-Mobile USA Telephone Bill Reprint for (617) 372-2524, in the name of Joseph Benson, from 02/11/2009 to 09/09/2009 | 14 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **126** | Sprint Corporation Telephone Subscriber Records for (617) 980-3919, in the name of Quenisha Kindell | 15 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **126A** | Sprint Corporation Telephone Bill Reprints for (617) 980-3919, in the name of Quenisha Kindell, from 11/29/2008 to 12/06/2008 | 15 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **126B** | Sprint Corporation Telephone Bill Reprints for (617) 980-3919, in the name of Quenisha Kindell, from 12/07/2008 to 01/01/2009 | 15 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **126C** | Sprint Corporation Telephone Call Detail Records for (617) 980-3919, in the name of Quenisha Kindell, from 01/01/2009 to 05/11/2010 | 15 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **127** | nTelos Telephone Subscriber Records and Call Detail Records with Cell-Site Location Information for (757) 696-0708, in the name of Beverly Wallace, from 01/01/2009 to 04/22/2009 | 17 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **127A** | nTelos Telephone Bill Reprints for (757) 696-0708, in the name of Beverly Wallace, from 09/05/2007 to 01/23/2009 | 17 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **127C** | nTelos Telephone Bill Reprints for (757) 696-0708, in the name of Beverly Wallace, from 03/24/2009 to 12/23/2009 | 17 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **128** | nTelos Telephone Bill Reprints for (804) 218-7725, in the name of Constance Brown, from 12/29/2008 to 03/24/2009 | 18 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| **129** | INTENTIONALLY LEFT BLANK | | |
| **130** | INENTIONALLY LEFT BLANK | | |

| **Exhibit No.** | **Description** | **Stip No.** | **Admitted** |
|---|---|---|---|
| 131 | *Physical Evidence* – Blood swab from left loveseat arm in back living room | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| 132 | FBI DNA Report of Examination dated October 14, 2011 | | Witness:<br>Date:<br>Admitted: |
| 133 | nTelos Telephone Subscriber Records for (757) 236-3939 in the name of Maurice McLain | | Witness:<br>Date:<br>Admitted: |
| 134 | Sprint Corporation Telephone Subscriber Records for (757) 344-8094 in the name of Nina Elder | | Witness:<br>Date:<br>Admitted: |
| 134A | Sprint Corporation Telephone Bill Reprints for (757) 344-8094, in the name of Nina Elder, from 03/06/2009 to 11/24/2009 | | Witness:<br>Date:<br>Admitted: |
| 134B | Sprint Corporation Telephone Call Detail Records for (757) 344-8094, in the name of Nina Elder, from 12/16/2009 to 05/03/2010 | | Witness:<br>Date:<br>Admitted: |
| 135 | Sprint Corporation Telephone Subscriber Records for (757) 768-8891 in the name of Tequilla Walker | 21 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 135A | Sprint Corporation Telephone Call Detail Records for (757) 768-8891, in the name of Tequilla Walker, from 01/01/2009 to 04/30/2009 | 21 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 136 | Verizon Wireless Telephone Subscriber Records for (757) 272-8498 (prepaid number, no name) | | Witness:<br>Date:<br>Admitted: |
| 137 | Verizon Wireless Telephone Subscriber Records for (757) 344-3916 in the name of Dioresly S. Lora | | Witness:<br>Date:<br>Admitted: |
| 138 | nTelos Cell-site Location List | 23 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 138A | nTelos Cell-site Locations Map | | Witness:<br>Date:<br>Admitted: |
| 139 | Sprint Corporation Repoll Number List | 24 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |

| **Exhibit No.** | **Description** | **Stip No.** | **Admitted** |
|---|---|---|---|
| 139A | Illustration of Repoll number, Switch / Market | | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: NO/ DEMONSTRATIVE |
| 139B | Map of Repoll area 19 | | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: NO/ DEMONSTRATIVE |
| 140 | Sprint Corporation Cell-Site Location List | 25 | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 140A | Illustration of cell site, cell towers and cell sectors | | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: NO/ DEMONSTRATIVE |
| 141 | Summary Chart of Repoll Data and Call Activity for (617) 980-3919, in the name of Rosuan Kindell on March 11-12, 2009 | | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 142 | Summary Chart of Cell-Site Location Data and Call Activity for (757) 320-9603, in the name of Louis Joseph, on March 12-13, 2009 | | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 143 | INTENTIONALLY LEFT BLANK | | |
| 144 | Summary Chart of Cell-Site Location Data and Call Activity for (757) 696-0708, in the name of Mark Wallace,<br>on March 13, 2009 | | Witness: P. Swartz<br>Date: 4-12-18<br>Admitted: yes |
| 145 | Summary Chart of Call Activity for (617) 980-3919, in the name of Rosuan Kindell, with Greyhound Bus Company on March 13, 2009 | | Witness: P. Swartz<br>Date: 4-13-18<br>Admitted: yes |
| 146 | Summary Chart of Repoll Data and Call Activity for (617) 980-3919, in the name of Rosuan Kindell, on March 11-12, 2009 | | Witness: P. Swartz<br>Date: 4-13-18<br>Admitted: yes |
| 147 | Summary Chart of Call Activity for (617) 372-2524 during the Month of March 2009 | | Witness: P. Swartz<br>Date: 4-13-18<br>Admitted: yes |
| 148 | Summary Chart of Telephone Activity | | Witness: P. Swartz<br>Date: 4-13-18<br>Admitted: yes |
| 148A | Summary Chart of Telephone Activity inclusive of Douglas and Alliers<br>MOVED IN BY BENSON | | Witness: P. Swartz<br>Date: 4-13-18<br>Admitted: yes |
| 149 | *Physical Evidence -*<br>Mark Wallace letter | | Witness:<br>Date:<br>Admitted: |

| **Exhibit No.** | **Description** | **Stip No.** | **Admitted** |
|---|---|---|---|
| **150** | Newport News Sheriff's Office Cell History (J. Benson/W. Turner) | | Witness: P. Preyer<br>Date: 4-16-18<br>Admitted: yes |
| **151** | Photograph – Kenny Jones | | Witness: B. Douglas<br>Date: 4-13-18<br>Admitted: yes |
| **152** | Photograph – Angel Alliers | | Witness: B. Douglas<br>Date: 4-13-18<br>Admitted: yes |
| **153** | Photograph – Dwayne Douglas | | Witness: B. Douglas<br>Date: 4-13-18<br>Admitted: yes |
| **154** | Crime Scene Video | | Witness: S. Smithley<br>Date: 4-11-18<br>Admitted: yes |
| **155** | Williamsburg Plantation Employment Records – Mark Wallace | 29 | Witness: Sgt. Smithley<br>Date: 4-12-18<br>Admitted: yes |
| **156** | CellDek Report – Extraction Date 03/04/2010 | | Witness: Sgt. Smithley<br>Date: 4-12-18<br>Admitted: yes |
| **200** | GJ Testimony of Penny Weaver-Sanchiz dated 5/11/15 p. 28 | | Witness: P. Weaver-Sanchiz<br>Date: 4-13-18<br>Admitted: NO / M4ID |