United States V. Joseph Benson
Case No. 4:17cR45-1

Dear Sir:

This letter is in response to the letter I received on June, 25 2020 regarding my previous request. It is to my understanding that I'Am entitled to have my first copies free and any others afters shall be purchased. That being said. Can you please send me an estimate for all of which I have already Requested. I would greatly appreciate it. Please and thank you in advance.

Sincerely yours
Joseph Benson
JB vee 1-308

United States Penitentiary - Hazelton
Joseph Benson - 96703-038
P.O. Box 2000
Bruceton Mills, WV 26525

PITTSBURGH PA 150
26 JUN 2020 PM 1 L

U.S. MARSHALS
INSPECTED

Walter F. Hoffman
United States Courthouse
600 granby St
Norfolk, VA 23510

23510-191553