Dear clerk of court,

I'm writing Requesting copies of ECF NO. 265, ECF No. 276, ECF No. 292, and ECF NO. 296 from case no. 4:17-CR-45 (3), Civil Action 4:21-CV-153. if there is Any money needed for the copies please inform me of the Amount and I'll make arraingment to have them paid for. please and thank you in advance.

Sincerely,
Joseph Benson
96703-038
JB UCC 1-308

Joseph Benson - 96703-038
U.S.P. - Hazelton
P.O. Box 2000
Bruceton mills, WV 26525

PITTSBURGH PA 150

25 JUN 2024   PM 3   L

Bite Express

FOREVER / USA

Clerk's office
United States District Court
Eastern District of virginia
600 Granby Street
Norfolk, Virginia 23510

U.S MARSHALS INSPECTED

23510-190199

★ LEGAL ★
Mail

★LEGAL ★
MAil